# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DALE LEE LENOIR,**

    **Petitioner,**

v.                               **CASE NO. 4:12-cv-158-MW/GRJ**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 16, filed December 20, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED as moot**. A certificate of appealability is

1

**DENIED**." The Clerk shall close the file.

**SO ORDERED on January 22, 2014.**

**s/Mark E. Walker**
**United States District Judge**
